WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judi A. Kelly,<br><br>                  Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company, Long Term Disability Plan of PricewaterhouseCoopers LLP,<br><br>                  Defendants. | NO. CIV-06-1220-PHX-SMM<br><br>**ORDER** |

      Pending before the Court is Defendants Hartford Life and Accident Insurance Company's and Long Term Disability Plan of PricewaterhouseCoopers, LLP's ("Defendants") Motion to permit one client representative to appear telephonically on behalf of both Defendants at the Rule 16 Scheduling Conference scheduled to take place on September 12, 2006 at 11 a.m. (Dkt. 17.) For good cause shown,

      **IT IS HEREBY ORDERED GRANTING** Defendants' Motion to Permit Client Representative to Appear Telephonically at the Rule 16 Conference. (Dkt. 17.)

      / / /

      / / /

      / / /

**IT IS FURTHER ORDERED** that Laura Becker, inside counsel for Defendant Hartford, may appear telephonically at the September 12, 2006 Rule 16 Conference. Ms. Becker shall call the Court on a clear telephone line at 10:55 a.m. at 602-322-7555.

DATED this 28th day of August, 2006.

Stephen M. McNamee
United States District Judge