**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judi A. Kelly, | No. CV-06-1220-PHX-SMM |
| Plaintiff, | |
| v. | **RULE 16 SCHEDULING ORDER** |
| Hartford Life and Accident Insurance Company, Long Term Disability Plan of PricewaterhouseCoopers LLP, | |
| Defendants. | |

On September 12, 2006, a Preliminary Pretrial Conference was held in open Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.  Prior to the conference, the parties filed a Rule 26(f) Case Management Plan.  Pursuant to the terms of the Case Management Plan, and the representations made by the parties at the Rule 16 Preliminary Pretrial Conference, all parties were ordered to comply with the deadlines established in this Order.

**IT IS HEREBY ORDERED** that the current provisions of the Federal Rules of Civil Procedure shall apply to all proceedings concerning this case.

**IT IS FURTHER ORDERED** that all Initial Disclosures as defined in Federal Rule of Civil Procedure 26(a), if not already exchanged prior to the time of this Preliminary Pretrial Conference, shall be made **no later than five (5) days** after date of entry of this Order or, in the alternative, no later than **September 29, 2006.**

1    **IT IS FURTHER ORDERED** that to satisfy the requirements of Federal Rule of

2    Civil Procedure 26(a), the parties shall file with the Clerk of the Court a <u>Notice of Initial</u>

3    <u>Disclosure</u>, rather than copies of the actual disclosures.

4    **IT IS FURTHER ORDERED** that all discovery, **if ordered**, including depositions

5    of parties, witnesses, and experts, answers to interrogatories, and supplements to

6    interrogatories must be completed by **March 23, 2007.** In no event, however, shall this

7    provision alter the duties and obligations imposed upon the parties by Federal Rule of Civil

8    Procedure 26(e). This Order contemplates that each party will conduct discovery in such a

9    manner as to complete, within the deadline, any and all discovery. "Last minute" or

10   "eleventh hour" discovery which results in insufficient time to undertake additional discovery

11   and which requires an extension of the discovery deadline will be met with disfavor, and

12   could result in denial of an extension, exclusion of evidence, or the imposition of other

13   sanctions.

14   **IT IS FURTHER ORDERED** reminding counsel of their duty under Rule 26(e) of

15   the Federal Rules of Civil Procedure to supplement all Rule 26(a) disclosures and responses

16   to discovery requests. Pursuant to Rule 26(e)(1), any additions or other changes to

17   information previously disclosed must be made by **February 23, 2007.** This Order therefore

18   supersedes the "thirty-day before trial" disclosure deadline contained in that Rule. Therefore

19   (1) failure to have timely supplemented a Rule 26(a) disclosure, including but not limited to

20   witnesses and exhibits, or (2) a failure to have timely supplemented responses to any valid

21   discovery requests, or (3) attempting to include any witnesses or exhibits in the Proposed

22   Final Pretrial Order that were not previously disclosed in a timely manner as to allow for

23   meaningful discovery prior to the discovery cutoff date as established by this Order, may

24   result in the exclusion of such evidence at trial or the imposition of other sanctions.

25   **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties**

26   **shall contact the Court to request a telephonic conference prior to filing any discovery**

27   **motions.** The parties shall not contact the Court regarding a discovery dispute unless they

28   have been unable to resolve the dispute themselves, despite personal consultation and sincere

1   efforts to do so.  The parties shall not file any written materials related to a discovery dispute

2   or discovery motion without express leave of Court.  If the Court does order written

3   submissions, the movant shall include a statement certifying that counsel could not

4   satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in

5   accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for

6   the District of Arizona.

7          **IT IS FURTHER ORDERED** that all dispositive motions shall be filed no later than

8   **May 25, 2007.**  Such motions must be, in all respects, in full compliance with the Rules of

9   Practice of the United States District Court for the District of Arizona.

10         **IT IS FURTHER ORDERED** that no submissions to the Court shall contain any

11  footnotes in excess of five (5) lines.

12         **IT IS FURTHER ORDERED** that all parties are hereby specifically admonished that

13  failure to respond to a motion by serving and filing an answering memorandum within the

14  time period expressly provided for in LRCiv 7.2 of the Rules of Practice of the United States

15  District Court for the District of Arizona may be deemed a consent to the denial or granting

16  of the motion and the Court may then dispose of the motion summarily.

17         **IT IS FURTHER ORDERED** that the parties shall not notice oral argument on any

18  motion.  Instead, a party desiring oral argument on a motion shall request argument by

19  placing "Oral Argument Requested" immediately below the title of such motion, pursuant

20  to LRCiv 7.2(f) of the  Rules of Practice of the United States District Court for the District

21  of Arizona.  The Court will then issue a minute order scheduling the oral argument.

22         Oral argument shall be scheduled at the request of a party on all motions to dismiss

23  and motions for summary judgment.  On all other motions on which a party requests oral

24  argument, the Court will determine whether oral argument is necessary.  FURTHER, THE

25  PARTIES ARE REMINDED THAT OBTAINING A HEARING DATE IS PURELY

26  ADMINISTRATIVE.  ACCORDINGLY, REGARDLESS OF A HEARING DATE, THE

27  COURT MAY, AT ANY TIME AFTER THE MOTION IS FULLY BRIEFED,

28

1    DETERMINE THAT A HEARING IS UNWARRANTED AND RULE ON THE MOTION

2    WITHOUT ORAL ARGUMENT.

3    **IT IS FURTHER ORDERED** that any and all motions, requests, or stipulations for

4    extensions of time shall be made in accordance with the provisions of LRCiv 7.3 of the Rules

5    of Practice of the United States District Court for the District of Arizona.  Notwithstanding

6    this directive, however, if such a motion, request, or stipulation seeks an extension of time

7    in which to file a memorandum in response or in reply to a motion previously noticed for oral

8    argument, under no circumstances shall such a motion, request, or stipulation seek an

9    extension that would preclude the Court from having at least thirty (30) days from the due

10   date for the filing of the reply memorandum to consider the merits of the underlying motion

11   unless the motion, request, or stipulation also seeks to vacate and reschedule the oral

12   argument.  Any motion, request, or stipulation that so seeks both an extension of time and

13   rescheduling of a hearing shall contain a memorandum of points and authorities which

14   demonstrates good cause for the Court to grant the requested extension.

15   **IT IS FURTHER ORDERED** that, if no dispositive motions are pending before the

16   Court after the dispositive motions deadline has passed, Plaintiff(s) shall file a Notice of

17   Readiness for Order Re: Final Pretrial Conference within ten (10) days of the dispositive

18   motions deadline.

19   **IT IS FURTHER ORDERED** that, if dispositive motions are pending before the

20   Court following the dispositive motions deadline, the Court will issue an Order Re:  Final

21   Pretrial Conference following its resolution of the dispositive motions, if necessary.

22   **IT IS FURTHER ORDERED** that the Order Re: Final Pretrial Conference shall: 1)

23   set deadlines for the filing of and response to motions in limine; 2)  instruct the parties on

24   their duties in preparing for the Final Pretrial Conference and for trial; and 3) include a form

25   for the completion of the parties' Proposed Pretrial Form of Order.

26   **IT IS FURTHER ORDERED** that the parties shall keep the Court informed

27   regarding the possibility of settlement and should settlement be reached, the parties shall file

28   a Notice of Settlement with the Clerk of the Court.

1    **IT IS FURTHER ORDERED** that this Court views compliance with the provisions

2   of this Order as critical to its case management responsibilities and the responsibilities of the

3   parties under Rule 16 of the Federal Rules of Civil Procedure.

4    DATED this 14th day of September, 2006.

5

6

7

8

9

10                                   Stephen M. McNamee
                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28