WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judi A. Kelly,<br><br>                    Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company, Long Term Disability Plan of PricewaterhouseCoopers LLP,<br><br>                    Defendants. | NO. CIV-06-1220-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Extend Discovery Deadlines. (Dkt. 25.)  For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend Discovery Deadlines. (Dkt. 25.)

**IT IS FURTHER ORDERED** that Defendants shall respond to Plaintiff's requests for production and interrogatories no later than April 30, 2007.

**IT IS FURTHER ORDERED** that the discovery cut-off has been extended from March 23, 2007 to May 31, 2007.

DATED this 20th day of February, 2007.

Stephen M. McNamee
United States District Judge