**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Judi A. Kelly, | ) | No. CV-06-1220-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Hartford Life and Accident Insurance Company, Long Term Disability Plan of PricewaterhouseCoopers LLP, , | ) | |
| Defendants. | ) | |

Having received the parties' Stipulation for Dismissal with Prejudice (Doc. 27), filed with this Court on April 5, 2007, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation for Dismissal with Prejudice, filed with this Court on April 5, 2007.

**IT IS FURTHER ORDERED** that this matter be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

DATED this 9th day of April, 2007.

Stephen M. McNamee
United States District Judge